UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-0035 (HHK) |
| | : | |
| v. | : | |
| | : | |
| ABDUL JALLOH, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Roy L. Austin, at telephone number 202-353-9458 and/or email address Roy.Austin@usdoj.gov. Roy L. Austin will substitute for Assistant United States Attorney Sarah T. Chasson as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
ROY L. AUSTIN
Assistant United States Attorney
Fraud and Public Corruption Section
Bar No. 211491 (California)
555 4th Street, NW, Room 5239
Washington, DC 20530
(202) 353-9458

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice has been sent by ECF Filing to counsel for the defendant, Richard Finci, Esq., Houlon and Berman, 7850 Walker Drive, Suite 160, Greenbelt, MD 20770, this _____ day of March, 2006.

_____
ROY L. AUSTIN
Assistant U.S. Attorney