UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CR 06- 035-01 |
| : | |
| ABDUL JALLOH, : | |
| : | FILED |
| Defendant. : | |
| : | MAR 2 0 2006 |
| : | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

STATEMENT OF OFFENSE

The United States and Abdul Jalloh agree that the following facts are true and correct:

Gateway Computers is a publicly held company that manufactures and distributes personal computers and related components. Gateway manufactured and distributed computers and components from a plant in Hampton, Virginia.

On or about February, 2002, I learned that my colleague, "O.M.," could obtain stolen Gateway computers. I agreed with O.M. that he would procure stolen Gateway computers for me and for others. Through O.M., I ordered one stolen Gateway computer for myself, and thirty-three other computers for my friends and family. I also ordered and received nine stolen Gateway central processing units and monitors. The computers were delivered from the Gateway plant to either my home in Maryland or to O.M.'s home in Washington, D.C. These shipments sometimes were addressed to me and sometimes addressed to fake names at my residence in order to prevent Gateway from discovering how many computers I was receiving. If a computer that I had ordered was sent to O.M.'s house, I drove to the District of Columbia and picked it up. After I received the stolen

AJ

Gateway products, I delivered them to the friends and family members that had requested them. I sold these computers for between $400 and $500 each, of which I kept $50 and turned the remainder over to O.M.. My involvement in this scheme ended when law enforcement agents executed a search warrant at my house in May, 2002.

I affirm under penalty of perjury that the foregoing is true and correct.

_____
Abdul Jalloh

