U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA   :

v.   :

*Abdul Jalloh*   :   Case No. 06-035-01

:

**O R D E R**


FILED
MAR 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _____ day of _____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on MARCH 20, 2006 by POSTAL INSPECTOR NEUMAN to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office ~~and to~~ X _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80