AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF __Columbia__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Abdul Jalloh | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 06-35 (HHK) |

I, __Abdul Jalloh__, the above named defendant, who is accused of

__Conspiracy to commit Mail fraud__

**FILED**

MAR 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/20/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer