UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 1:06-cr-00035-HHK |
| ABDUL JALLOH | : |
| Defendant | : |

### MOTION FOR CONTINUANCE

**COMES NOW**, the Defendant, **ABDUL JALLOH**, by and through counsel, Richard A. Finci and the Law Offices of Houlon, Berman, Bergman, Finci & Levenstein and respectfully states as follows:

1. The above captioned matter is currently scheduled for Sentencing on Monday, August 7, 2006 at 2:00 p.m.

2. Undersigned counsel is a Commissioner on the Maryland State Commission on Criminal Sentencing Policy and has been asked to attend the annual meeting of the National Association of Criminal Sentencing Commissions scheduled for August 6 through 8 in Philadelphia, Pennsylvania. Counsel would attend this conference along with the Executive Director of the Maryland Commission and Co-Commissioners.

3. Counsel has contacted Assistant United States Attorney Roy Austin, to whom this matter is now assigned, and he has expressed his consent to this request.

4.  If the Court is inclined to grant this Request for Continuance, it is respectfully suggested that once notified of the Court's ruling, counsel would contact the Court to clear a new date for the Sentencing proceedings in consultation with Mr Austin's calendar.

**WHEREFORE**, the Defendant respectfully requests the following relief:

1.  That this Honorable Court continue the Sentencing of the above referenced matter from August 7, 2006 to a date to be determined.

2.  Such further and additional relief as justice may require.

Respectfully submitted,

RICHARD A. FINCI, #389841
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of July, 2006 a copy of the foregoing Motion for Continuance was mailed, postage pre-paid, to:

Roy Austin, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

RICHARD A. FINCI, #389841

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

   v.                                                    :          Criminal No. 1:06-cr-00035-HHK

ABDUL JALLOH                             :

       Defendant                        :

### O R D E R

**UPON CONSIDERATION** of Defendant's Motion for Continuance of Sentencing and the Government's consent thereto, it is this _____ day of _____, 2006,

**ORDERED**, that Defendant's Motion to Continue the Sentencing Hearing scheduled for August 7, 2006 at 2:00 p.m. be and is hereby granted and, it is further,

**ORDERED**, that upon receipt of notification that the Motion has been granted, Defendant's counsel shall initiate a conference call with the Courtroom Deputy Clerk to clear a new Sentencing Hearing date.

_____
HENRY H. KENNEDY, JR., J U D G E