UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **Criminal No. 1:06-cr-00035-HHK** |
| **ABDUL JALLOH** : | |
| **Defendant** : | |

## MOTION FOR CONTINUANCE

**COMES NOW**, the Defendant, **ABDUL JALLOH**, by and through counsel, Richard A. Finci and the Law Offices of Houlon, Berman, Bergman, Finci & Levenstein and respectfully states as follows:

1. The above captioned matter was recently rescheduled for Sentencing on Tuesday, September 5, 2006 at 11:15 a.m.

2. Unfortunately, undersigned counsel has a prior judicial commitment, namely a specially assigned Trial in the matter of State of Maryland v. Alex Baylor, Case No. CT 06-1020X, in the Circuit Court for Prince George's County, Maryland. See attached at Tab 1 - Copy of Trial Notice.

3. Counsel has contacted Assistant United States Attorney Roy Austin, to whom this matter is now assigned, and he has expressed his consent to this request.

4. If the Court is inclined to grant this Request for Continuance, it is respectfully suggested that the matter be rescheduled for October 26, 2006 at 10:30 a.m., a date and time that has been cleared with all parties.

**WHEREFORE**, the Defendant respectfully requests the following relief:

1. That this Honorable Court continue the Sentencing of the above referenced matter from September 5, 2006 to October 26, 2006 at 10:30 a.m.

2. Such further and additional relief as justice may require.

Respectfully submitted,

_____
RICHARD A. FINCI, #389841
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of August, 2006 a copy of the foregoing Motion for Continuance was mailed, postage pre-paid, to:

Roy Austin, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

_____
RICHARD A. FINCI, #389841

Circuit Court for Prince George's County
Office of Calendar Management
Adult Criminal Division, Room M2406
Upper Marlboro, Maryland 20772
301-952-2944

Date: *August 1, 2006*

To:  Richard A Finci, Esquire
7850 Walker Drive, Suite 160
Greenbelt, MD 20770

State of Maryland
vs
Alex Bernard Baylor, Jr.

Case ID: CT061020X

The above case which was originally scheduled JULY     28, 2006 has been reset,

The above entitled case has been definitely scheduled for:

*SEPTEMBER-5-2006 Trial Specially Assigned - 09:00 AM*
*SEPTEMBER-5-2006 Motions Hear Specially Assign - 09:00 AM*
*SEPTEMBER-6-2006 Trial - Carry Over - 09:00 AM*
*SEPTEMBER-7-2006 Trial - Carry Over - 09:00 AM*

The defendant and counsel must be present on the above dates. Counsel are responsible for issuing subpoena, and if the defendant is incarcerated, counsel shall insure that the appropriate writ is issued.

No continuances will be granted for any of these dates except upon showing of an extraordinary cause and a timely request for continuance.

Cc:   State's Attorney's Office, *Clayton Aarons*
Clerk of the Court
Bond:
Judge Sherrie L Krauser
*Please bring this form with you*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

   v.                              :       Criminal No. 1:06-cr-00035-HHK

ABDUL JALLOH                    :

      Defendant                 :

## ORDER

**UPON CONSIDERATION** of Defendant's Motion for Continuance of Sentencing and the Government's consent thereto, it is this _____ day of _____, 2006,

**ORDERED**, that Defendant's Motion to Continue the Sentencing Hearing scheduled for September 5, 2006 at 11:15 a.m. be and is hereby granted and, it is further,

**ORDERED**, that the matter shall be rescheduled to the ___ day of _____, 2006 at 10:30 a.m.

_____
HENRY H. KENNEDY, JR., J U D G E