HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-35</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| JALLOH, Abdul | : | Disclosure Date: <u>June 30, 2006</u> |

**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    (  )    There are no material/factual inaccuracies therein.
    (  )    There are material/factual inaccuracies in the PSI report as set forth in the
            attachment herein.

_____          _____
Prosecuting Attorney                                                    Date

### For the Defendant

(CHECK APPROPRIATE BOX)
    (  )    There are no material/factual inaccuracies therein.
    ( ✓ )    There are material/factual inaccuracies in the PSI report as set forth in the
            attachment.

_Abdulai Sjalloh_ 7/13/06          _[signature]_ 7/13/06
Defendant                    Date              Defense Counsel              Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by **July 14, 2006**, to U.S. Probation Officer **Valencia
Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Richard A. Houck, Jr., Chief
        United States Probation Officer

**Receipt and Acknowledgment**

**Signed by:** _____
(**Defendant/Defense Attorney/AUSA**)

**Date:** _____

# *Houlon Berman*

**FILED**

NOV 1 7 2006

**HOULON, BERMAN, BERGMAN, FINCI & LEVENSTEIN, LLC**

ATTORNEYS AT LAW

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Victor A. Houlon (1941 - 2001)
Sanford Z. Berman*
Ronald B. Bergman*
Richard A. Finci*
Alan D. Levenstein*
Debra A. Saltz*+
*also admitted in DC*
+*also admitted in MA*

*of Counsel*
Belli, Weil & Grozbean, P.C.

**Correspondence to Main Office:**
7850 Walker Drive
Suite 160
Greenbelt, MD 20770

**Main:** 301.459.8200
**Fax:** 301.459.5721

July 14, 2006

**Rockville Office:**
Rockville Metro Plaza
111 Rockville Pike, Suite 980
Rockville, MD 20850-4191

**Main:** 301.468.1510

**E-mail:** *b&b@houlonberman.com*
**Website:** *www.houlonberman.com*

Valencia Fletcher
U.S. Probation Office
E Barrett Prettyman Courthouse
333 Constitution Avenue, N.W.
Courthouse, Room 2800
Washington, D.C.

            Re:    <u>United States v. Abdul Jalloh</u>
                    Case No. 06-35

Dear Ms. Fletcher:

      We are in receipt of the Pre-Sentence Investigation Report in the above referenced matter and respectfully note the following corrections:

1.      In paragraph 4, while Mr. Jalloh is unsure as to the correct restitution number, he would request additional information to express his further position.

2.      In paragraph 41, the Pre-Sentence Investigation Report incorrectly that Mr. Jalloh made $3,500.00 per month as a substitute teacher in the early 90's. In fact, he estimates that he made more like a $1,000.00 per month or less. He actually earned $40.00 per day and it would have been impossible to earn $3,500.00 per month.

3.      In paragraph 47, please note that it was Mr. Jalloh only who filed for Chapter 13 Bankruptcy.

4.      In paragraph 48, Mr. Jalloh advises that the 2003 Mercedes C240 which is his wife's car is in fact encumbered by a loan with the Educational System Federal Credit Union. The outstanding loan balance is approximately $21,000.00. Both he and his wife are on that loan.

      With respect to the 1992 Jeep Wrangler, Mr. Jalloh recently sold that vehicle for $1,000.00. The vehicle was in very poor condition.

*Houlon Berman*

HOULON, BERMAN, BERGMAN, FINCI & LEVENSTEIN, LLC

Valencia Fletcher
U.S. Probation Office
July 14, 2006
Page Two

If you have any questions or need to discuss these matters further, please do not hesitate to call.

May I remain,

Very truly yours,

Richard A. Finci

RAF/bld